# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JOSEPH DEAN LEE,<br><br>Defendant. | CR-25-03-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 29, 2026. (Doc. 37.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on April 29, 2026. (Doc. 36.) The United States accused Joseph Lee (Lee) of violating the conditions of his supervised release by: (1) failing to maintain full time employment by walking off his job site on March 29, 2026, and being terminated from employment; (2) failing

to reside at the sober living house where he was approved to live after being terminated from such placement on March 30, 2026, for failing to return to the residence on April 29, 2026; and (3) being terminated from sex offender treatment on March 31, 2026.  (Doc. 30.)

At the revocation hearings, Lee admitted that he had violated conditions 1 and 2 of his supervised release as set forth the Petition. The Government moved to dismiss alleged violation 3, which Judge Johnston granted.  Judge Johnston recommended a sentence of custody of time served and to be released on April 29, 2026 at 4:00 p.m., with 28 months supervised release to follow. (Doc. 37.) The Court advised Lee of his right to appeal and to allocute before the undersigned. He waived those rights.  (Doc. 36.)

The violations Lee admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 37) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Dean Lee. be sentenced for a term of time served, to be released on April 29, 2026 at 4:00 p.m., with 28 months of supervised release to follow. During the term of his supervised release, Lee shall be placed in a residential re-entry center on July 21, 2026, at the direction of his probation office

for a period of up to 180 days. Between April 29, 2026 and Lee's placement in the residential re-entry center, Lee shall be subject to home confinement. This sentence shall run concurrently with CR-15-63.

DATED this 29th day of April 2026.

_____
Brian Morris, Chief District Judge
United States District Courts