**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH DEAN LEE,

Defendant.

CR-25-03-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 23, 2026. (Doc. 50.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 22, 2026. (Doc. 45.) The United States accused Joseph Lee (Lee) of violating the conditions of his supervised release by: (1) failing to participate in substance abuse testing on June 26, 2026; (2) using methamphetamine on August 29, 2026; and (3) being terminated from his residential reentry placement on August 31, 2026; and by: (4) committing another federal, state or local crime by being charged on September 2, 2026, with the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102. (Docs. 41 and 43.)

At the revocation hearings Lee admitted that he had violated the conditions of supervised release2 and 3 as set forth in the Second Amended Petition. The Government moved to dismiss allegations 1 and 4, which Judge Johnston granted. (Doc. 137.) Judge Johnston recommended that Lee be sentenced to a term of custody of 6 months on Count II and 6 months on Count III with these terms to run concurrently with no supervised release to follow on both Counts. (Doc.45.)

The violations Lee admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 50) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Joseph Dean Lee be sentenced to a term of custody of 6 months

on Count II and 6 months on Count III, with these terms to run concurrently with no supervised release to follow on both Counts.

DATED this 7th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts